UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALI GHADERSOHI,

                Plaintiff,

v.

HEALTH RESEARCH, INC. ROSWELL
PARK CANCER INSTITUTE,

                Defendant.

**ORDER ON MOTIONS AND SCHEDULING ORDER**

08-CV-355S

      1.      On April 20, 2009, Plaintiff, proceeding *pro se*, filed a Motion to Expedite. (Docket No. 53.) He seeks an expedited hearing on his sealed Motion to Enforce (Docket No. 52), which was filed on March 11, 2009. Defendant followed, on April 24, 2009, with a Motion to Seal (Docket No. 54) its response to the Motion to Enforce.

      2.      Motions to expedite are governed by Rule 7.1(d) of the Local Rules of Civil Procedure. Plaintiff has failed to include all of the submissions required by Local Rule 7.1(d), and failed to deliver a courtesy copy of his motion papers to chambers. Denial of the motion is warranted on this basis alone.

      3.      Furthermore, the purpose of a motion to expedite is to shorten the ten-day notice period set forth in Local Rule 7.1(c). Because more that ten days have passed from the date Plaintiff filed his motion to enforce, the motion to shorten time is moot.

      4.      Accordingly, Plaintiff's Motion to Expedite (Docket No. 53) is DENIED.

      5.      Defendant's Motion to Seal its response (Docket No. 54) is GRANTED. Defendant's response will be maintained under seal in the Clerk's office.

      6.      Plaintiff's reply shall be delivered to the Clerk's office for filing on or before

1

**May 15, 2009**.  It hereby is ORDERED that the Clerk of Court shall file Plaintiff's reply under seal.


SO ORDERED.

Dated:   April 28, 2009
            Buffalo, New York

                                                              /s/William M. Skretny
                                                         WILLIAM M. SKRETNY
                                                    United States District Judge